■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT MARTIN, Respondent, v VERNON BAIN, as Warden, Appellant. —Appeal from order of the Supreme Court, Bronx County (Burton Hecht, J.), entered on or about July 11, 1984, unanimously dismissed as moot, without costs and without disburse-

ments. No opinion. Concur—Murphy, P. J., Kupferman, Ross, Carro and Lynch, JJ.